UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JARMER D. ROBERSON**                                                                 **PETITIONER**

VS.                                              4:20-CV-01523-JM/JTR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                                    **RESPONDENT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 16] and petitioner Jarmer Roberson's objections thereto [Doc. Nos. 18, 20] have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the RD is hereby adopted in all respects.

Petitioner Jarmer Roberson's petition and amended petition for writ of habeas corpus [Doc. Nos. 1 and 5] are dismissed in their entirety, without prejudice. All pending motions are denied as moot. Because Roberson has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 22nd day of March, 2021.

                                                                               _____
                                                                               UNITED STATES DISTRICT JUDGE