## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JARMER D. ROBERSON**                                                    **PETITIONER**

**VS.**                                    **4:20-CV-01523-JM/JTR**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                       **RESPONDENT**

### JUDGMENT

Consistent with the order entered on this day, this case is dismissed, judgment is entered

in favor of respondent Dexter Payne, and a certificate of appealability is denied.

IT IS SO ORDERED this 22nd day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE